AO 450 Judgment in a Civil Case

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Salvador Gutierrez-Galvan

              **V.**                        **JUDGMENT IN A CIVIL CASE**

United States of America

                                 **CASE NUMBER:**    08CV1606-JAH

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that to vacate, set aside, or correct sentence is denied.

| September 12, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/J. Petersen |
| | (By) Deputy Clerk |
| | ENTERED ON September 12, 2011 |